

**NUMBER 13-14-00559-CV**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF J.W., A CHILD

---

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

---

## ORDER OF ABATEMENT

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

The Honorable Coretta Graham, counsel for appellants, Georgia Gosson and Tyrone Williams, has filed a motion to withdraw as counsel in this cause. According to the motion, counsel is attorney ad litem for appellants and was appointed by the trial court to represent them in the suit affecting parent child relationship. According to her motion to withdraw, good cause exists for her to withdraw because appellants have not communicated with her since September 1, 2014.

Accordingly, we ABATE the appeal and REMAND the cause to the trial court for further proceedings consistent with this order. Upon remand, the trial court shall determine whether appellants' court-appointed attorney should remain as appellants' counsel; and, if not, whether appellants are entitled to new appointed counsel. If the trial court determines that there is no reason to discharge appellants' current appointed attorney and appoint substitute counsel, the court shall enter an order to that effect. If the trial court determines that new counsel should be appointed, the name, address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. The trial court shall further cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ordered.

PER CURIAM

Delivered and filed the
5th day of November, 2014.

2